Olaf Nelson, appellant, v. Edward Hlavka, appellee. Gen. No. 35,630.

Opinion filed May 17, 1932.

Mortimer A. Rothstein, for appellant. S. D. Tannenbaum, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Elkan Berger, defendant in error, v. Linus Ewald Roder, plaintiff in error. Gen. No. 35,640.

Opinion filed May 17, 1932. Rehearing denied May 31, 1932.

James K. Finn and Cooney & Verhoeven, for plaintiff in error; James K. Finn, of counsel. Welch & Hoffman, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Frederick A. Wilson, appellant, v. Henry B. Kilgour, appellee. Gen. No. 35,661.

Opinion filed May 17, 1932.

Harry H. Felgar, for appellant; Simon P. Gary, of counsel. Cheney, Evans & Peterson, for appellee; Albert Peterson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Armando E. Benedetti, plaintiff in error. Gen. No. 35,702.

Opinion filed May 17, 1932.

James H. Cronin, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.